In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00283-CV

_____

**JEFF S. AKHTAR, Appellant**

**V.**

**THE MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF PORT NECHES, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 128,630**

**MEMORANDUM OPINION**

Jeff S. Akhtar filed a notice of appeal after the trial court granted a motion by The Mayor and Members of the City Council of the City of Port Neches to dismiss claims presented in an intervenor's petition. We questioned our jurisdiction and invited the parties to file responses. In his response, Akhtar states that no final judgment has been signed and the appeal was prematurely filed. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("A judgment is final for

1

purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree."). We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 21, 2016
Opinion Delivered September 22, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.

2